IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMAR DEMETRIUS
WHITFIELD,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4418

**CORRECTED PAGES: pg 1**
**CORRECTION IS UNDERLINED IN RED**
**MAILED: October 7, 2016**
**BY: KMS**

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Nancy A. Daniels, Public Defender, and Glenna Joyce Reeves, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    The consecutive sentences imposed on the authority of Walton v. State, 106 So. 3d 522 (Fla. 1st DCA 2013), are VACATED, and the cause is REMANDED for resentencing pursuant to Williams v. State, 186 So. 3d 989 (Fla. 2016). As Appellant has not challenged his judgment of conviction, it is AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.